**Gerald LAMB, Jr., Plaintiff-Appellant,**

and

**Graham Brown, Plaintiff,**

v.

**Dr. DICOCO, Health Services Administrator, Defendant-Appellee,**

and

**J. Keys, Correctional Officer; Ms. Bennett, Disciplinary Hearing Officer, Defendants.**

**No. 16-7244**

United States Court of Appeals, Fourth Circuit.

Submitted: March 20, 2017

Decided: April 28, 2017

Gerald Lamb, Jr., Appellant Pro Se.

Kent Pendleton Porter, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Lamb, Jr. appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lamb v. Brown*, No. 2:15-cv-00389-AWA-LRL (E.D. Va. July 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*